# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2545
LT Case No. 2007-CF-002323-B

_____

KAMAL SYLVESTER,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Seminole County.
Michael Joseph Rudisill, Judge.

Kamal Sylvester, DeFuniak Springs, pro se.

No Appearance for Appellee.

April 14, 2026

PER CURIAM.

AFFIRMED.

JAY, C.J., and EISNAUGLE and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____